UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DEION LEWIS | CIVIL ACTION NO. 16-1384 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DARRELL VANNOY | MAGISTRATE JUDGE HAYES |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that Deion Lewis' Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254, (Record Document 1), is hereby **DENIED and DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** this 28th day of December, 2017, in Shreveport, Louisiana.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT